No. 97–1239. GONZALEZ TRADING, INC., ET AL. *v.* YALE MATE-RIALS HANDLING CORP. C. A. 11th Cir. Motion of petitioners to consolidate this case with No. 97–1446, *Baeza et al.* v. *NACCO Industries, Inc., et al.,* denied. Certiorari denied.

No. 97–8493 (A–721). REMETA *v.* STOVALL, ATTORNEY GEN-ERAL OF KANSAS, ET AL. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

No. 97–8537 (A–729). REMETA *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.

No. 97–8546 (A–734). REMETA *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

No. 97–6384. LONGEST *v.* DALTON, SECRETARY OF THE NAVY, ET AL., 522 U. S. 1004;

No. 97–6643. WILLIS *v.* UNIVERSITY OF LOUISVILLE ET AL., 522 U. S. 1058;

No. 97–7239. WHITEHEAD *v.* TENET, DIRECTOR OF CENTRAL INTELLIGENCE, 522 U. S. 1129; and

No. 97–7335. TILLI *v.* SMITH ET AL., 522 U. S. 1132. Petitions for rehearing denied.

No. 97–815. TIMEHIN *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL., 522 U. S. 1050; and

No. 97–6922. WATKIS *v.* THRASHER ET AL., 522 U. S. 1095. Motions for leave to file petitions for rehearing denied.

No. 97–6602. STAFFORD *v.* E. I. DU PONT DE NEMOURS & CO. ET AL., 522 U. S. 1069. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.